1

2

3

4

5

6

Stuart T. Barasch, Esq. (State Bar No. 74108)
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX  79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: stuartbarasch@gmail.com
Attorney for Plaintiff, Jason Perez

7

8

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

9

10

11

12

13

14

15

16

17

JASON PEREZ,

        PLAINTIFF,

                     No. 2:23-cv-00396-JDP (SS)

-V-


KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------

18

19

20

21

22

23

24

25

26

27

28

**~~PROPOSED~~ ORDER**

    Before the Court is the Motion of Plaintiff, Jason Perez, for an extension of time.

Because the Court finds good cause and Defendant has no objection, the Court hereby

GRANTS the motion. It is hereby ORDERED that the Plaintiff has until August 4, 2023,

to file his Motion for Summary Judgement.  Accordingly, Defendant's deadline to file

her responsive brief is extended to September 4, 2023, 2023.  Plaintiff's deadline to file a

reply brief, if any, is extended to September 18, 2023.

1

1

2

IT IS SO ORDERED.

3

4

Dated:    June 1, 2023

5

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2