Stuart T. Barasch, Esq. (State Bar No. 74108)
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX  79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: stuartbarasch@gmail.com
Attorney for Plaintiff, Jason Perez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

JASON PEREZ,

        PLAINTIFF,

                      No. 2:23-cv-00396-JDP (SS)

-V-

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------

**PROPOSED ORDER**

Before the Court is the Motion of Plaintiff, Jason Perez, for a second extension of time. Because the Court finds good cause and Defendant has no objection, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until August 25, 2023, to file his Motion for Summary Judgement.  Accordingly, Defendant's deadline to file her responsive brief is extended to September 25, 2023, 2023.  Plaintiff's deadline to file a reply brief, if any, is extended to October 9, 2023.

1

IT IS SO ORDERED.

Dated: __August 16, 2023__      _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE