1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Oscar Gonzalez de Llano
4  Special Assistant United States Attorney
       Social Security Administration
5      160 Spear Street, Suite 800
       San Francisco, CA 94105
6      Telephone: (510) 970-4818
       Email: Oscar.Gonzalez@ssa.gov
7  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PEREZ, | No. 2:23-cv-00396-JDP (SS) |
| Plaintiff, | STIPULATED MOTION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 25, 2023 to October 25, 2023. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response. Counsel for Defendant was unexpectedly out of the office September 15, 2023 and will

Stipulated Motion for Extension of Time

1

1 need to be out of the September 21-22, 2023 and currently has 3 briefs all due September 25,
2 2023.  Counsel has been unable to finalize the response to Plaintiff's Motion for Summary
3 Judgment given these competing workload requirements.  Given this situation and other workload
4 requirements an extension until October 25, 2023 will provide the opportunity for the
5 undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for
6 Summary Judgment.  Furthermore, a reassignment of this matter to another staff attorney is
7 currently not tenable given the high volume of cases that all of our limited staff is handling.
8 Counsel apologizes to the Court for any inconvenience caused by this delay and does not
9 anticipate the need for any further extensions.  All other dates in the Court's Scheduling Order
10 shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: September 21, 2023         By:    *s/ Oscar Gonzalez de Llano*
                                        OSCAR GONZALEZ DE LLANO
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant


Respectfully submitted,

Attorneys for Plaintiff

DATE: September 21, 2023         By:    *s/ Stuart T. Barasch*
                                        Stuart T. Barasch, Esq.
                                        Of Counsel, Olinsky Law Group
                                        (*as authorized by email)

<u>ORDER</u>

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 25, 2023, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   September 26, 2023                            /s/ Jeremy Peterson
                                                             JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE